UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

TREMONT RENAISSANCE HOUSING
DEVELOPMENT FUND COMPANY, INC.,
TREMONT RENAISSANCE LLC,
TREMONT RENAISSANCE AFFORDABLE LLC,
MASTERMIND DEVELOPMENT LLC, and
JOY CONSTRUCTION CORPORATION,

                  ORDER

                Plaintiffs,

                  21 Civ. 2205 (GBD) (KNF)

     -against-

LEXINGTON INSURANCE COMPANY AND
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER SE,

                Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The Clerk of Court is directed to close the open motion at ECF No. 18 (Plaintiffs' motion for joinder) as having been withdrawn by Plaintiffs in their letter dated February 2, 2022 (ECF No. 23).

Dated: June 9, 2022
      New York, New York

                                         SO ORDERED.

                                         GEORGE B. DANIELS
                                         United States District Judge