**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| TREMONT RENAISSANCE HOUSING DEVELOPMENT FUND COMPANY, INC., TREMONT RENAISSANCE LLC, TREMONT RENAISSANCE AFFORDABLE LLC, MASTERMIND DEVELOPMENT LLC, and JOY CONSTRUCTION CORPORATION, | : : : : : : | |
| Plaintiffs, | : : | ORDER |
| -against- | : : : | 21 Civ. 2205 (GBD) (KNF) |
| LEXINGTON INSURANCE COMPANY AND INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE, | : : : : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

This Court will hear oral argument on the parties' cross-motions for summary judgment, (ECF

Nos. 33 and 43), on April 25, 2023 at 10:30 a.m.

Dated: April 3, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge