UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TREMONT RENAISSANCE HOUSING
DEVELOPMENT FUND COMPANY, INC.,
TREMONT RENAISSANCE LLC,
TREMONT RENAISSANCE AFFORDABLE LLC,
MASTERMIND DEVELOPMENT LLC, and
JOY CONSTRUCTION CORPORATION,

                Plaintiffs,

-against-

LEXINGTON INSURANCE COMPANY AND
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER SE,

                Defendants.

------------------------------------- x

ORDER

21 Civ. 2205 (GBD) (KNF)

GEORGE B. DANIELS, United States District Judge:

The April 25, 2023 oral argument on the parties' cross-motions for summary judgment, (ECF Nos. 33 and 43), is CANCELED. The Court will hold a conference at a date and time to be set by Magistrate Judge Willis.

Dated: April 21, 2023
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge