**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TREMONT RENAISSANCE HOUSING
DEVELOPMENT FUND COMPANY, INC.,
TREMONT RENAISSANCE LLC,
TREMONT RANAISSANCE AFFORDABLE LLC,
MASTERMIND DEVELOPMENT LLC, and
JOY CONSTRUCTION CORPORATION,

                       Plaintiff,                   **ORDER**

             -against-                 **21-cv-2205 (GBD) (JW)**

LEXINGTON INSURANCE COMPANY
AND INTERNATIONAL INSURANCE
COMPANY OF HANNOVER SE,

                       Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On April 21, 2023, the Defendant filed a letter requesting permission to serve a sur-reply to pending motions before the Court. Dkt. No. 55. Defendant's request to file a sur-reply is GRANTED. Defendant is directed to file the sur-reply by **May 19, 2023**. The sur-reply should be no longer than 5-pages and should provide an update on the underlying court's decision regarding any related motions for summary judgment (attaching a copy of the underlying court's ruling as an exhibit thereto).

    SO ORDERED.

DATED:    New York, New York
                May 12, 2023

                                                                */s/ Jennifer E. Willis*
                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge