**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TREMONT RENAISSANCE HOUSING
DEVELOPMENT FUND COMPANY, INC.,
TREMONT RENAISSANCE LLC,
TREMONT RENAISSANCE AFFORDABLE LLC,
MASTERMIND DEVELOPMENT LLC, and
JOY CONSTRUCTION CORPORATION,

                          Plaintiffs,                            **ORDER**

                                                                **21-cv-2205 (GBD) (JW)**

               -against-

LEXINGTON INSURANCE COMPANY
AND INTERNATIONAL INSURANCE
COMPANY OF HANNOVER SE,

                          Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable Judge Daniels referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiffs by Defendant Lexington.

      Accordingly, IT IS HEREBY ORDERED that, on or before **September 15, 2023**, the Plaintiffs shall prepare and file, with the Court an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages.

      IT IS FURTHER ORDERED that, on or before **September 29, 2023**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits.

SO ORDERED.

Dated:     September 1, 2023
           New York, New York

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge