UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK
------------------------------------------------------------X
TREMONT RENAISSANCE HOUSING
DEVELOPMENT FUND COMPANY, INC.,
TREMONT RENAISSANCE LLC,
TREMONT RENAISSANCE AFFORDABLE LLC,
MASTERMIND DEVELOPMENT LLC, and
JOY CONSTRUCTION CORPORATION,

                                Plaintiffs,

      -against-

LEXINGTON INSURANCE COMPANY
AND INTERNATIONAL INSURANCE
COMPANY OF HANNOVER SE,

                                Defendants.
------------------------------------------------------------X

**ORDER**

**21-cv-2205 (GBD) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

       The Court is in receipt of Plaintiffs' letter motion to seal an exhibit to be attached to their inquest submission. Dkt. No. 72. The Court will conduct an *in-camera* review of the unredacted exhibit, along with the proposed redacted version. Plaintiffs are directed to send both the unredacted and proposed redacted versions to willisnysdchambers@nysd.uscourts.gov by **September 11, 2023**. Plaintiffs are further directed to send a copy of the proposed redacted version to Defendant Lexington by **September 11, 2023**.

       SO ORDERED.

Dated:     September 8, 2023
              New York, New York

                                                             _____
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge