**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
TREMONT RENAISSANCE HOUSING
DEVELOPMENT FUND COMPANY, INC.,
TREMONT RENAISSANCE LLC,
TREMONT RENAISSANCE AFFORDABLE LLC,
MASTERMIND DEVELOPMENT LLC, and
JOY CONSTRUCTION CORPORATION,

<table>
<tr><td>Plaintiffs,</td><td><b><u>ORDER</u></b></td></tr>
<tr><td></td><td><b>21-cv-2205 (GBD) (JW)</b></td></tr>
</table>

-against-

LEXINGTON INSURANCE COMPANY
AND INTERNATIONAL INSURANCE
COMPANY OF HANNOVER SE,

Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of the parties' joint status update at Dkt. No. 95.  The

parties are directed to provide another joint status update by **February 27, 2026**.

SO ORDERED.

Dated:     February 18, 2026
           New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge